NUMBER 13-03-522-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________________


LOWER RIO GRANDE VALLEY WORKFORCE 

DEVELOPMENT BOARD D/B/A WORKFORCE SOLUTIONS, Appellant,


v.



GREGORY KELLER AND JOHN GARZA, Appellees.

____________________________________________________________________


On appeal from the 332nd District Court


of Hidalgo County, Texas.


____________________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Castillo, and Garza


Opinion Per Curiam


 Appellant, LOWER RIO GRANDE VALLEY WORKFORCE DEVELOPMENT BOARD
D/B/A WORKFORCE SOLUTIONS, perfected an appeal from a judgment entered by the
332nd District Court of Hidalgo County, Texas, in cause number C-083-01-F. After
the clerk's record was filed, the parties filed a joint motion to dismiss the appeal. In
the motion, the parties state that this case has been resolved. The parties request that
this Court dismiss the appeal.

 The Court, having considered the documents on file and the joint motion to
dismiss the appeal, is of the opinion that the motion should be granted. The joint
motion to dismiss is granted, and the appeal is hereby DISMISSED.

 PER CURIAM


Opinion delivered and filed this

the 26th day of November, 2003.